25, 1913.) Action by Sidney W. Smith against the Westchester Fire Insurance Company. No opinion. Order affirmed, with $10 costs and disbursements.

SMOCK, Appellant, v. COMMERCIAL TRAVELERS' MUT. ACCIDENT ASS'N OF AMERICA, Respondent. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Annie B. S. Smock against the Commercial Travelers' Mutual Accident Association of America. D. Edwards, of New York City, for appellant. E. W. Tyler, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SMYTHE, Respondent, v. T. A. GILLESPIE CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 20, 1913.) Action by John A. Smythe against the T. A. Gillespie Company. No opinion. Motion denied, without costs.

SNYDER et al., Appellants, v. REDHEAD et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 11, 1913.) Action by Ole L. Snyder and another against Edwin R. Redhead and others. No opinion. Judgment affirmed, with costs.

SOLOMON v. KUNTZ et al. (Supreme Court, Appellate Division, First Department. June 6, 1913.) Action by Louis Solomon against Henry Kuntz, impleaded with others. No opinion. Application denied, with $10 costs. Order signed.

SOLOMON, Respondent, v. NORTH BRITISH & MERCANTILE INS. CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. May 29, 1913.) Action by Morris Solomon against the North British & Mercantile Insurance Company of New York. H. S. Dottenheim, of New York City, for appellant. J. R. Schiff, of New York City, for respondent.
PER CURIAM. Judgment affirmed, with costs, on 150 App. Div. 728, 135 N. Y. Supp. 806. Order filed.
INGRAHAM, P. J., dissents, on dissenting opinion on former appeal.

In re SOMBORN. (Supreme Court, Appellate Division, First Department. June 20, 1913.) In the matter of Edward K. Somborn, deceased. No opinion. Motion to dismiss appeal granted. Order filed.

SPENCER, Respondent, v. POSTAL TELEGRAPH & CABLE CO., Appellant. (Supreme Court, Appellate Division, Third Department. July 8, 1913.) Action by Charles W. Spencer against the Postal Telegraph & Cable Company. No opinion. Judgment and order unanimously affirmed, with costs.

SPOOR, Respondent, v. WOOLFORD, Appellant. (Supreme Court, Appellate Division, Third Department. July 8, 1913.) Action by Katharine Gertrude Spoor against William Woolford. No opinion. Judgment and order unanimously affirmed, with costs.

SPRINGER, Appellant, v. THOMPSON, Respondent. (Supreme Court, Appellate Division, Second Department. June 20, 1913.) Action by Charles H. Springer against Henrietta T. Thompson. No opinion. Motion to dismiss appeal granted, with $10 costs.

STARR, Appellant, v. AVERETT et al., Respondents. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Samuel Starr against Abraham M. Averett and others. W. M. Geer, Jr., of New York City, for appellant. A. S. Weltfisch, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re STEELE. (Supreme Court, Appellate Division, Third Department. July 8, 1913.) In the matter of the application of Harvey Steele, an imprisoned debtor, to be discharged from imprisonment. No opinion. Order unanimously affirmed, with costs.

STEIN v. FELT et al. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Alexander Stein against Emily L. Felt, impleaded with others. No opinion. Motion to dismiss appeal denied. Order filed.

STEIN v. WHITMAN et al. (Supreme Court, Appellate Division. First Department. July 11, 1913.) Action by Isidor Stein against Clarence P. Whitman and another. No opinion. Motion granted; question certified; order filed. See, also, 156 App. Div. 861, 142 N. Y. Supp. 4.

STERNBERG et al., Appellants, v. LOUIS METZGER & CO., Respondent. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Ulrike Sternberg and others against Louis Metzger & Co. W. J. Miller, of New York City, for appellants. L. Joseph, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re STEWART. (Supreme Court, Appellate Division, Fourth Department. June 11, 1913.) In the matter of the judicial settlement of the accounts of William H. Stewart, as administrator, etc., of Lucy A. Williams Stewart, deceased.
PER CURIAM. Decree modified, by reducing the amount thereby directed to be paid by the administrator to the husband and next of kin of intestate from the sum of $441.30 to the sum of $371.30, and, as so modified, affirmed, without costs of this appeal to either party. Held, that the administrator was entitled to the allowance, as a payment of debts of intestate

payable from the assets of her estate, of the sum of $70 paid by him upon the account of Guy B. Crandall; that being, as appears by the verified claim of that creditor as filed, the amount of moneys loaned by him to intestate in her lifetime.

STEWART, Respondent, v. AMERICAN KENNEL CLUB, Appellant. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Rosalie Stewart against the American Kennel Club. A. Benedict, of New York City, for appellant. E. C. Crowley, of New York City, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $2,500, in which event, judgment, as so modified, and order, affirmed, with costs to respondent. Settle order on notice.

In re STILWELL. (Supreme Court, Appellate Division, First Department. July 11, 1913.) In the matter of Stephen J. Stilwell. No opinion. Respondent disbarred. Settle order on notice.

STROBEL & WILKEN CO., Appellant, v. WIESEN, Respondent. (Supreme Court, Appellate Division, First Department. May 29, 1913.) Action by the Strobel & Wilken Company against Max Wiesen. F. Hemley, of New York City, for appellant. E. H. Myers, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 144 App. Div. 149, 128 N. Y. Supp. 798.

STUYVESANT v. WALTERS et al. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by Cornelia N. Stuyvesant against Josephine G. Walters and others. No opinion. Judgment affirmed, with costs.

SUBCZAK, Respondent, v. AMERICAN LOCOMOTIVE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 4, 1913.) Action by Joseph Subczak against the American Locomotive Company.

PER CURIAM. Judgment and order reversed, and the complaint dismissed, with costs, including costs of this appeal. Held: (1) That the plaintiff failed to establish his freedom from contributory negligence. (2) That the finding of the jury that the defendant was guilty of negligence is contrary to and against the weight of the evidence.

LAMBERT, J., not sitting.

SUMNER, Appellant, v. RYAN et al., Respondents. (Supreme Court, Appellate Division, First Department. May 31, 1913.) Action by Perrin H. Sumner against Patrick L. Ryan and others. No opinion. Motion granted, without costs, on condition stated in order. Order filed. See, also, 141 N. Y. Supp. 1148.

SUNDBERG, Respondent, v. YONKERS SAVINGS BANK, Appellant. (Supreme Court, Appellate Division, Second Department. June 13, 1913.) Action by Anga M. Sundberg against the Yonkers Savings Bank. No opinion. Judgment and order unanimously affirmed, with costs.

SWAIM, Appellant, v. FAHEY et al., Respondents. (Supreme Court, Appellate Division, First Department. May 29, 1913.) Action by Sandford S. Swaim against Thomas Fahey and others. T. Sutro, of New York City, for appellant. W. H. Harding, Jr., of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 140 App. Div. 932, 125 N. Y. Supp. 1146.

SYKES v. KINGS COUNTY REFRIGERATING CO. (two cases). (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Henry W. Sykes against the Kings County Refrigerating Company. No opinion. Applications denied, with $10 costs. Orders signed and filed.

SZEL IMPORT & EXPORT CO. et al. v. CORN et al. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by the Szel Import & Export Company and others against Morris Corn and others. No opinion. Motion denied, with $10 costs. Order filed.

TAYLOR v. TOLMAN. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Catherine Taylor against Daniel H. Tolman. No opinion. Application denied, with $10 costs. Order signed.

TISMER, Respondent, v. NEW YORK EDISON CO., Appellant. (Supreme Court, Appellate Division, First Department. June 6, 1913.) Action by Paul G. Tismer against the New York Edison Company. T. H. Beardsley, of New York City, for appellant. H. E. Brown, of New York City, for respondent. No opinion. Order modified, by striking out items Nos. 1 and 2 of the particulars required to be furnished, and, as modified, affirmed, without costs to either party. Settle order on notice.

TOCHER, Respondent, v. MASON-SEAMAN TRANSP. CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by Margaret Tocher, as administratrix, etc., of John Sutherland, deceased, against the Mason-Seaman Transportation Company and another.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce the recovery of damages to the sum of $4,500, with interest from April 6, 1912, in which event the judgment, as modified, and order, are unanimously affirmed, without costs.

TOWN OF LIMA, Respondent, v. MORGAN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 11, 1913.)